In the Matter of the Claim of MARGARET M. CRUMPACKER, Appellant, against BATAVIA TIMES PUBLISHING Co. and THE TRAVELERS INSURANCE COMPANY, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Appeal from a decision denying claimant's claim for compensation. While alighting from an automobile parked in front of her home she fell and sustained injuries. Her employer was engaged in the newspaper and law printing businesss, and she was employed as a saleslady and outside employee, soliciting orders for the printing of records and briefs. She claimed that on the occasion in question she had prospective customers with her and was to show samples in her home to them. The referee and the State Industrial Board rejected this story and found that she was merely being taken home from her office by one of her friends and was not engaged in her employment at the time. Only a question of fact is presented. Decision affirmed, without costs. Crapser, Heffernan, Schenck and Foster, JJ., concur; Hill, P. J., dissents.

In the Matter of the Claim of EDWARD P. WHITNEY, Respondent, against JOSEPH A. GERSITZ and THE TRAVELERS INSURANCE COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Claimant has been allowed the minimum award of eight dollars a week (Workmen's Comp. Law, § 15, subd. 6). He received injuries while working as a painter and carpenter. The evidence sustains the finding that claimant can no longer work in that capacity. His earnings as a painter and carpenter in the previous year exceeded eight dollars per week. He is now employed as a night watchman. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.

In the Matter of the Claim of DAVID BAKER, Respondent, against BERNARD McCAFFERY and THE FIDELITY & CASUALTY COMPANY OF NEW YORK, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Claimant was injured while cleaning out an oil well. The employer testified he was employed as an employee and not an independent contractor and it would be impossible to let a contract for that kind of work. The evidence supports the award. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.